


# United States District Court
# Central District of California
# Western Division

| | |
|---|---|
| WILLIAM SILVERSTEIN, | CV 04-01200 TJH (CWx) |
| Plaintiff, | |
| v. | Order |
| EYEFIVE, INC., *et al.*, | |
| Defendants. | |

THIS CONSTITUTES NOTICE OF ENTRY AS REQUIRED BY FRCP. RULE 77(d).

The Court has considered Plaintiff's motion to remand, including his request for attorney's fees, costs and sanctions, together with moving and opposing papers. The Court has not considered Defendant Global Web Promotions Pty., Ltd's motion to dismiss.

It is Ordered that the motion to remand be, and hereby is, Granted.

. . . . .

1  **It is further Ordered** that the request for attorney's fees, costs and
2  sanctions be, and hereby is, **Denied**.

4  Date:  August 11, 2004

      _____
      **Terry J. Hatter, Jr.**
      United States District Judge